# MEMORANDUM DECISIONS.

CRAPO et al. v. BLAIR et al. (Circuit Court of Appeals, Sixth Circuit. January 4, 1916.) No. 2725. Appeal from the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Beaumont, Smith & Harris and Donnelly, Lyster. Brennan & Munro, all of Detroit, Mich., for appellants. John C. Bills and Thos. S. Parker, both of Detroit, Mich., for appellees. Dismissed pursuant to stipulation.

DIAMOND POWER SPECIALTY CO. v. VULCAN SOOT CLEANER CO. (Circuit Court of Appeals, Sixth Circuit. April 5, 1916.) No. 2840. Cross-Appeals from the District Court of the United States for the Eastern District of Michigan; Arthur J. Tuttle, Judge. Barthel & Barthel, of Detroit, Mich., for appellant. Connolly Bros., of Washington, D. C., for appellee. Dismissed pursuant to stipulation.

HERNDON et al. v. SLOAN et al. (Circuit Court of Appeals, Fifth Circuit. April 12, 1916. Rehearing Denied May 20, 1916.) No. 2856. In Error to the District Court of the United States for the Eastern District of Texas; Gordon Russell, Judge. Trespass to try title between J. H. Herndon and others and T. S. Sloan and others. From a judgment for Sloan and others, Herndon and others bring error. Affirmed. Ben B. Cain, of Dallas, Tex., and H. E. Lasseter, of Tyler, Tex., for plaintiffs in error. W. D. Gordon and Henry G. Russell, both of Beaumont, Tex., for defendants in error. Before PARDEE and WALKER, Circuit Judges, and MAXEY, District Judge.

PER CURIAM. This is an action of trespass to try title, wherein a mass of documents, letters, reports, receipts, etc., were admitted in evidence over objections of the plaintiff in error, but to the admission of which no sufficient nor specific exceptions were taken. On the evidence admitted, the case seems to have been fairly and clearly submitted to the jury by the trial judge, and no exception was reserved to his charge, or any portion thereof. We find no reversible error assigned, nor patent of record. Judgment affirmed.